UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Maryann Mbugua,

Plaintiff,

Vs.

Sam's Club,

Defendant.

Court File No.: 02-841ADM/AJB
Hon. Ann Montgomery

**STIPULATION TO REMAND TO STATE COURT**

---

The above-named parties hereby stipulate that this case be remanded to State Court for the purpose of obtaining a Minor's Approval to effect a disbursement of the settlement amount that has been reached.

**Law Offices of Swaray & Associates, P.A.**

By: ______________________
Amadu Edward Swaray
Attorney Reg. No. 0306654
7420 Unity Avenue North, Suite 209
Brooklyn Park, MN 55443
Phone (763) 549-0670

**ATTORNEY FOR PLAINTIFF**

Dated: July 11, 2002

**Murnane, Colin, White & Brandt**

By: ______________________
Steven J. Kirsch, #56121
Louise Toscano Seeba #292047
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Phone (651) 227-9411

**ATTORNEYS FOR DEFENDANT**

Dated: July 16, 2002

JUL 19 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

UNITED STATES DSTRICT COURT
DISTRICT OF MINNESOTA

---

Maryann Mbugua,

Plaintiff,

Vs.

Sam's Club,

Defendant.

Court File No.: 02-841 ADM/AJB
Hon. Ann Montgomery

**ORDER TO REMAND TO STATE COURT**

---

The above-entitled matter came before the United States District Court, District of Minnesota on 19th day of July 2002, in the United States Court House, in the City of Minneapolis in Minnesota before the Honorable Ann D. Montgomery, presiding judge, United States District Court. Amadu Edward Swaray, attorney at law, appeared on behalf of Plaintiff, Maryann Mbugua. Steven J. Kirsch, attorney at law and Louise Toscano Seeba, attorney at law, appeared on behalf of Defendant, Sam's Club.

Based upon all the files, records and proceedings herein, and after the Court has advised itself fully in all respects, NOW THEREFORE, finds that:

1. Plaintiff Maryann Mbugua brought a negligence and intentional infliction of emotional distress action against Defendant Sam's Club claiming damages in excess of $50,000.00 in Second Judicial District Court, Ramsey County, State of Minnesota on March 26, 2002;
2. Plaintiff removed the case to this Court, United States District Court, District of Minnesota, on April 19, 2002 claiming diversity of citizenship;
3. This Court scheduled a pretrial conference for June 20, 2002 before Magistrate Judge Arthur J. Boylan. Before the conference, the parties

settled the case for $4, 500.00, and the pretrial conference was removed from the Court's calendar;

4. However, Plaintiff is a minor, and now needs a Minor's Approval from the State Court before a final settlement for the disbursement of the amount can be reached.

IT IS ORDERED:

1. That this case be remanded to the Second Judicial District Court, Ramsey County, State of Minnesota, to obtain the Minor's Approval.

Dated: July 19, 2002

United States District Court Judge
Ann D. Montgomery